

# THE THIRTEENTH COURT OF APPEALS

13-24-00098-CV

In the Matter of T.T.M.B., a Child

On Appeal from the
County Court at Law of San Patricio County, Texas
Trial Court Cause No. S-23-0525-JV-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be affirmed. The Court orders the appeal AFFIRMED in accordance with its opinion. No costs are assessed due to appellant's inability to pay costs.

We further order this decision certified below for observance.

May 9, 2024